# EXHIBIT 1

# Case Summary

### Case No. 25CV040725-590

| | | | |
|---|---|---|---|
| **Carl Schmitter VS GLAXOSMITHKLINE, LLC** | § | Location: | **Mecklenburg Superior Court** |
| | § | Filed on: | **08/08/2025** |

---

## Case Information

---

| File Date 08/08/2025 | | Case Type: | General Civil Action |
|---|---|---|---|
| **Cause of Action** | **Description/Remedy** | Case Status: | **08/08/2025 Pending** |
| CV - Contract | Action | | |

| File Date 09/04/2025 | |
|---|---|
| **Cause of Action** | **Description/Remedy** |
| CV - Other Filing | Action |
| | Claims against defendant Pfizer Inc |

| File Date 08/08/2025 | |
|---|---|
| **Cause of Action** | **Description/Remedy** |
| CV - Punitive Damages | Action |

| File Date 08/08/2025 | |
|---|---|
| **Cause of Action** | **Description/Remedy** |
| CV - Unfair Trade Practice | Action |

---

## Assignment Information

---

**Current Case Assignment**
Case Number    25CV040725-590
Court          Mecklenburg Superior Court
Date Assigned  08/08/2025

---

## Party Information

---

| **Plaintiff** | **Schmitter, Carl** | **Campbell, Patrick David** |
|---|---|---|
| | | *Retained* |

| **Defendant** | **BOEHRINGER INGELHEIM CORPORATION** |
|---|---|
| | **BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.** |
| | **BOEHRINGER INGELHEIM USA CORPORATION** |
| | **CHATTEM, INC** |
| | **CVS PHARMACY, INC.** |
| | **GLAXOSMITHKLINE PLC** |
| | **GLAXOSMITHKLINE, LLC** |
| | **HARRIS TEETER, LLC** |
| | **PERRIGO COMPANY PLC** |
| | **PERRIGO RESEARCH & DEVELOPMENT COMPANY** |
| | *PFIZER INC (Inactive)* |

*Removed:   09/04/2025*
  *Removed Per Voluntary Dismissal*

**SANOFI, S.A.**

**SANOFI???AVENTIS U.S. LLC**

**SANOFI???US SERVICES INC.**

**TARGET CORPORATION**

**WALGREENS CO.**

---

## Causes of Action

| | |
|---|---|
| 08/08/2025 | **Cause of Action** CV - Contract<br>Action Type   Action |
| 08/08/2025 | **Cause of Action** CV - Punitive Damages<br>Action Type   Action |
| 08/08/2025 | **Cause of Action** CV - Unfair Trade Practice<br>Action Type   Action |
| 09/04/2025 | **Cause of Action** CV - Other Filing (Claims against defendant Pfizer Inc)<br>Action Type   Action |

---

## Case Events

| | | |
|---|---|---|
| 09/04/2025 | Voluntary Dismissal<br>*Voluntary Dismisssal without Prejudice - Defendant Pfizer, Inc.*<br>Created:   09/04/2025 2:56 PM | Index # 20 |
| 08/26/2025 | Alias and Pluries Summons - Issued<br>*Perrigo A&P*<br>Created:   08/26/2025 9:22 AM | Index # 19 |
| 08/21/2025 | Alias and Pluries Summons - Issued<br>*A&P Chattem, Inc*<br>Created:   08/21/2025 4:16 PM | Index # 18 |
| 08/11/2025 | Civil Summons<br>Created:   08/11/2025 12:40 PM | Index # 3 |
| 08/11/2025 | Civil Summons<br>Created:   08/11/2025 12:40 PM | Index # 4 |
| 08/11/2025 | Civil Summons<br>Created:   08/11/2025 12:40 PM | Index # 5 |
| 08/11/2025 | Civil Summons<br>Created:   08/11/2025 12:40 PM | Index # 6 |
| 08/11/2025 | Civil Summons<br>Created:   08/11/2025 12:40 PM | Index # 7 |
| 08/11/2025 | Civil Summons<br>Created:   08/11/2025 12:40 PM | Index # 8 |

| 08/11/2025 | Civil Summons | Index # 9 |
| | Created: 08/11/2025 12:40 PM | |
| 08/11/2025 | Civil Summons | Index # 10 |
| | Created: 08/11/2025 12:40 PM | |
| 08/11/2025 | Civil Summons | Index # 11 |
| | Created: 08/11/2025 12:40 PM | |
| 08/11/2025 | Civil Summons | Index # 12 |
| | Created: 08/11/2025 12:40 PM | |
| 08/11/2025 | Civil Summons | Index # 13 |
| | Created: 08/11/2025 12:40 PM | |
| 08/11/2025 | Civil Summons | Index # 14 |
| | Created: 08/11/2025 12:40 PM | |
| 08/11/2025 | Civil Summons | Index # 15 |
| | Created: 08/11/2025 12:40 PM | |
| 08/11/2025 | Civil Summons | Index # 16 |
| | Created: 08/11/2025 12:40 PM | |
| 08/08/2025 | Complaint | Index # 2 |
| | Created: 08/08/2025 2:56 PM | |
| 08/08/2025 | Complaint | Index # 1 |
| | Created: 08/08/2025 2:55 PM | |

---

## Dispositions

---

09/04/2025 **Voluntary Dismissal**
    CV - Other Filing : Claims against defendant Pfizer Inc
    Created: 09/04/2025 2:55 PM

---

## Service Events

---

08/26/2025 **Alias Pluries Summons** Requested by: Schmitter, Carl
    GLAXOSMITHKLINE, LLC
    Issued
    Created: 08/26/2025 9:22 AM

08/21/2025 **Alias Pluries Summons** Requested by: Schmitter, Carl
    GLAXOSMITHKLINE, LLC
    Issued
    Created: 08/21/2025 4:16 PM

08/11/2025 **Civil Summons** Requested by: Schmitter, Carl
    GLAXOSMITHKLINE, LLC
    Issued
    Anticipated Method: Sheriff - Personal
    Created: 08/11/2025 12:40 PM

08/11/2025 **Civil Summons** Requested by: Schmitter, Carl

GLAXOSMITHKLINE, LLC
Issued
Anticipated Method: Sheriff - Personal
Created:   08/11/2025 12:40 PM

| | |
|---|---|
| 08/11/2025 | **Civil Summons** Requested by: Schmitter, Carl |

08/11/2025    **Civil Summons** Requested by: Schmitter, Carl
GLAXOSMITHKLINE, LLC
Issued
Anticipated Method: Sheriff - Personal
Created:   08/11/2025 12:40 PM

08/11/2025    **Civil Summons** Requested by: Schmitter, Carl
GLAXOSMITHKLINE, LLC
Issued
Anticipated Method: Sheriff - Personal
Created:   08/11/2025 12:40 PM

08/11/2025    **Civil Summons** Requested by: Schmitter, Carl
GLAXOSMITHKLINE, LLC
Issued
Anticipated Method: Sheriff - Personal
Created:   08/11/2025 12:40 PM

08/11/2025    **Civil Summons** Requested by: Schmitter, Carl
GLAXOSMITHKLINE, LLC
Issued
Anticipated Method: Sheriff - Personal
Created:   08/11/2025 12:40 PM

08/11/2025    **Civil Summons** Requested by: Schmitter, Carl
GLAXOSMITHKLINE, LLC
Issued
Anticipated Method: Sheriff - Personal
Created:   08/11/2025 12:40 PM

08/11/2025    **Civil Summons** Requested by: Schmitter, Carl
GLAXOSMITHKLINE, LLC
Issued
Anticipated Method: Sheriff - Personal
Created:   08/11/2025 12:40 PM

08/11/2025    **Civil Summons** Requested by: Schmitter, Carl
GLAXOSMITHKLINE, LLC
Issued
Anticipated Method: Sheriff - Personal
Created:   08/11/2025 12:40 PM

08/11/2025    **Civil Summons** Requested by: Schmitter, Carl
GLAXOSMITHKLINE, LLC
Issued
Anticipated Method: Sheriff - Personal
Created:   08/11/2025 12:40 PM

08/11/2025    **Civil Summons** Requested by: Schmitter, Carl
GLAXOSMITHKLINE, LLC
Issued
Anticipated Method: Sheriff - Personal
Created:   08/11/2025 12:40 PM

08/11/2025    **Civil Summons** Requested by: Schmitter, Carl
GLAXOSMITHKLINE, LLC
Issued
Anticipated Method: Sheriff - Personal
Created:   08/11/2025 12:40 PM

08/11/2025    **Civil Summons** Requested by: Schmitter, Carl
GLAXOSMITHKLINE, LLC
Issued

## Case Summary

**Case No. 25CV040725-590**

Anticipated Method: Sheriff - Personal
Created:   08/11/2025 12:40 PM

08/11/2025   **Civil Summons** Requested by: Schmitter, Carl
GLAXOSMITHKLINE, LLC
Issued
Anticipated Method: Sheriff - Personal
Created:   08/11/2025 12:40 PM

---

## Financial Information

**Plaintiff**   Schmitter, Carl

| | | |
|---|---|---:|
| Total Financial Assessment | | 230.00 |
| Total Payments and Credits | | 230.00 |
| **Balance Due as of 09/12/2025** | | **0.00** |
| 08/07/2025 | Transaction Assessment | 200.00 |
| 08/07/2025 | eFile Payment | Receipt # 590-00315620 | (200.00) |
| 08/20/2025 | Transaction Assessment | 15.00 |
| 08/20/2025 | eFile Payment | Receipt # 590-00322347 | (15.00) |
| 08/25/2025 | Transaction Assessment | 15.00 |
| 08/25/2025 | eFile Payment | Receipt # 590-00324424 | (15.00) |

STATE OF NORTH CAROLINA

MECKLENBURG COUNTY

25CV040725-590

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
25-CVS-_____

CARL SCHMITTER,

     Plaintiff,

v.

GLAXOSMITHKLINE, LLC,
GLAXOSMITHKLINE PLC,
SANOFI-US SERVICES INC.,
SANOFI-AVENTIS U.S. LLC,
SANOFI, S.A.,
BOEHRINGER INGELHEIM
PHARMACEUTICALS, INC.,
BOEHRINGER INGELHEIM
CORPORATION,
BOEHRINGER INGELHEIM USA
CORPORATION,
PERRIGO COMPANY PLC,
PERRIGO RESEARCH &
DEVELOPMENT COMPANY,
CHATTEM, INC., PFIZER INC.,
HARRIS TEETER, LLC,
TARGET CORPORATION,
WALGREENS CO., and
CVS PHARMACY, INC.,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**COMPLAINT**

**(Jury Trial Demanded)**

NOW COMES the Plaintiff, by and through undersigned counsel, and complains of the Defendants as follows:

## I.  PARTIES, JURISDICTION, AND VENUE

1.  Plaintiff Carl Schmitter is a citizen and resident of Cornelius, Mecklenburg County, North Carolina.

2.  Defendant GlaxoSmithKline LLC is a Delaware limited liability company authorized to do business in North Carolina, with a principal place of business at 2929 Walnut Street, Suite 1700, Philadelphia, PA 19104. Upon information and belief, GSK may be served

1

Case 3:25-cv-00708-MEOC-DCK  Document 1-1  Filed 09/15/25  Page 7 of 114
Electronically Filed Date: 8/8/2025 2:27 PM Mecklenburg County Clerk of Superior Court

through its registered agent for service of process, Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, North Carolina 27608.

3.　　At all times relevant, Defendant GlaxoSmithKline PLC oversaw, directed, or participated in the development, promotion, and distribution of Zantac (ranitidine hydrochloride) into the U.S. market, including North Carolina, either directly or through its subsidiaries.

4.　　Collectively, Defendant GlaxoSmithKline LLC and Defendant GlaxoSmithKline PLC shall be referred to as Defendant "GSK."

5.　　Defendant GSK was the original innovator of the Zantac drug and controlled the NDA for prescription Zantac between 1983 and 2009. By controlling the New Drug Application for Zantac ("NDA") it also directly controlled the labeling for all Zantac products through 2009. And, GSK's negligence and misconduct related to Zantac as an innovator directly led to the failure to warn for other OTC versions of Zantac. At all times relevant, Defendant GSK manufactured, distributed, marketed, and sold the drug known as Zantac (ranitidine hydrochloride) throughout the United States, including in North Carolina.

6.　　At all times relevant, Defendant GSK plc oversaw, directed, or participated in the development, promotion, and distribution of Zantac (ranitidine hydrochloride) into the U.S. market, including North Carolina, either directly or through its subsidiaries.

7.　　Defendant Sanofi US Services Inc. is a Delaware corporation authorized to do business in North Carolina, with a principal place of business located at 55 Corporate Drive, Bridgewater, NJ 08807. Upon information and belief, Defendant Sanofi US Services Inc. may be served through its registered agent, Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, North Carolina 27608.

8.　　Defendant Sanofi US Services Inc. controlled the NDA for OTC Zantac starting in January 2017 through the present. At all times relevant, Defendant Sanofi US Services Inc.

2

manufactured, marketed, and/or sold Zantac throughout the United States, including in North Carolina.

9.     Defendant Sanofi-Aventis U.S. LLC is a Delaware limited liability company authorized to do business in North Carolina, with a principal place of business at 55 Corporate Drive, Bridgewater, NJ 08807. Upon information and belief, Defendant Sanofi-Aventis U.S. LLC may be served through its registered agent, Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, North Carolina 27608.

10.     At all times relevant, Defendant Sanofi-Aventis U.S. LLC engaged in the marketing, sale, and distribution of Zantac across the United States, including in North Carolina.

11.     Defendant Sanofi S.A. is a French multinational pharmaceutical company headquartered at 54 Rue La Boétie, 75008 Paris, France. Upon information and belief, Sanofi S.A. conducts substantial business in the United States, including in North Carolina, through its U.S.-based subsidiaries.

12.     At all times relevant, Defendant Sanofi S.A. directly or indirectly participated in the design, marketing, and distribution of Zantac into the U.S. marketplace, including in North Carolina.

13.     Defendants Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, and Sanofi S.A., are related entities that participated in the development, marketing, distribution, and sale of Zantac and ranitidine-containing products throughout the United States, including in North Carolina. Collectively, these entities are referred to herein as the Defendant "Sanofi."

14.     Defendant Chattem, Inc. (referred to hereinafter as Defendant "Chattem") is a Tennessee corporation with a principal place of business located at 1715 West 38th Street, Chattanooga, Tennessee 37409. Defendant Chattem, Inc. is a wholly owned subsidiary of Defendant Sanofi S.A., a French multinational corporation. Upon information and belief,

3

Defendant Chattem, Inc. is a wholly owned subsidiary of Sanofi S.A., and the other named Sanofi entities acted under common ownership and control. Defendant Chattem, Inc distributes OTC Zantac for Defendant Sanofi S.A. Upon information and belief, Defendant Chattem may be served through its registered agent, CT Corporation System, located at 300 Montvue Road Knoxville, TN 37919.

15.     At all times relevant, Defendant Chattem, Inc. manufactured, marketed, and sold over-the-counter Zantac products nationwide, including in North Carolina.

16.     Defendant Boehringer Ingelheim Pharmaceuticals, Inc. is a Delaware corporation with a principal place of business at 900 Ridgebury Road, Ridgefield, Connecticut 06877. Upon information and belief, Defendant Boehringer Ingelheim Pharmaceuticals, Inc. is authorized to do business in North Carolina and may be served via CT Corporation System, 160 Mine Lake Court, Suite 200, Raleigh, NC 27615, and, in Connecticut, at 900 Ridgebury Road, Ridgefield, Connecticut 06877.

17.     Defendant Boehringer Ingelheim Pharmaceuticals, Inc. is a subsidiary of the German company Boehringer Ingelheim Corporation. Boehringer Ingelheim Corporation owned the U.S. rights to over-the-counter ("OTC") Zantac between December 2006 and January 2017, and manufactured and distributed the drug in the United States during that period. At all times relevant, Defendant Boehringer Ingelheim Pharmaceuticals, Inc. manufactured and sold Zantac throughout the United States, including North Carolina.

18.     Defendant Boehringer Ingelheim Corporation is an Indiana corporation with a principal office located at 900 Ridgebury Road, Ridgefield, Connecticut 06877. Upon information and belief, it is authorized to do business in North Carolina and may be served through Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608, and, in Connecticut, at 900 Ridgebury Road, Ridgefield, Connecticut 06877.

4

19.    At all times relevant, Defendant Boehringer Ingelheim Corporation participated in the manufacturing, marketing, and/or sale of Zantac in the United States, including North Carolina.

20.    Defendant Boehringer Ingelheim USA Corporation is a Delaware corporation with its principal place of business located at 900 Ridgebury Road, Ridgefield, Connecticut 06877. Upon information and belief, Defendant Boehringer Ingelheim USA is authorized to do business in North Carolina and may be served through its registered agent, Corporation Service Company, 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608, and, in Connecticut, at 900 Ridgebury Road, Ridgefield, Connecticut 06877.

21.    At all times relevant, Defendant Boehringer Ingelheim USA Corporation was engaged in the promotion and distribution of Zantac nationwide, including in North Carolina.

22.    Defendant Boehringer Ingelheim Pharmaceuticals, Inc.; Defendant Boehringer Ingelheim Corporation; and Defendant Boehringer Ingelheim USA Corporation are affiliated entities engaged in the development, manufacture, promotion, and distribution of Zantac and ranitidine-based products in the United States. Collectively, these entities are referred to herein as Defendant "Boehringer Ingelheim."

23.    Defendant Perrigo Company plc is a public limited company incorporated in Ireland, with its headquarters located at The Sharp Building, Hogan Place, Dublin 2, Ireland. Upon information and belief, Defendant Perrigo Company plc conducts business in the United States and North Carolina through its subsidiaries.

24.    At all times relevant, Defendant Perrigo Company plc was involved in the development, manufacturing, and/or sale of generic ranitidine products marketed under the Zantac brand name or its equivalents.

25.    Defendant Perrigo Research & Development Company is a Michigan corporation with a principal office located at 300 Water Street, Allegan, MI 49010. Upon information and

5

belief, Defendant Perrigo Research & Development Company is authorized to do business in North Carolina and may be served via CT Corporation System, 160 Mine Lake Court, Suite 200, Raleigh, NC 27615.

26. At all times relevant, Defendant Perrigo Research & Development Company was involved in the development and testing of ranitidine products, including Zantac, distributed in the United States and North Carolina.

27. Collectively, Defendant Perrigo Company plc and Defendant Perrigo Research & Development Company are referred to herein as Defendants "Perrigo."

28. Defendant Pfizer Inc. (referred to hereinafter as Defendant "Pfizer") is a Delaware corporation with a principal office located at 66 Hudson Boulevard East, New York, NY 10001. Upon information and belief, Defendant Pfizer is authorized to do business in North Carolina and may be served through its registered agent, CT Corporation System, 160 Mine Lake Court, Suite 200, Raleigh, NC 27615.

29. At all times relevant, Defendant Pfizer was involved in the development, marketing, and sale of Zantac (ranitidine hydrochloride) and/or held relevant rights to the Zantac brand in the U.S., including in North Carolina.

30. Defendants GSK, Sanofi, Boehringer Ingelheim, Perrigo, Chattem, and Pfizer shall also, at times, be collectively referred to hereinafter as "retailer Defendants."

31. Defendant Harris Teeter, LLC (referred to hereinafter as Defendant "Harris Teeter") is a North Carolina limited liability company with its principal place of business located at 701 Crestdale Road, Matthews, North Carolina 28105. Defendant Harris Teeter operates grocery stores and retail pharmacies throughout the state of North Carolina, including Mecklenburg County. Upon information and belief, Defendant Harris Teeter may be served through its

6

registered agent, Corporation Service Company, located at 2626 Glenwood Avenue, Suite 550, Raleigh, North Carolina 27608.

32.     At all times relevant, Defendant Harris Teeter was involved in the retail sale and distribution of ranitidine products, including Zantac, distributed in the United States and North Carolina.

33.     Defendant Target Corporation (referred to hereinafter as Defendant "Target") is a Minnesota corporation with its principal place of business located at 1000 Nicollet Mall, Minneapolis, Minnesota 55403. Defendant Target operates numerous retail stores and pharmacies throughout the United States, including in North Carolina. Upon information and belief, Defendant Target may be served through its registered agent for service of process, CT Corporation System, located at 160 Mine Lake Court, Suite 200, Raleigh, North Carolina 27615.

34.     At all times relevant, Defendant Target was involved in the retail sale and distribution of ranitidine products, including Zantac, distributed in the United States and North Carolina.

35.     Defendant Walgreen Co. (referred to hereinafter as Defendant "Walgreens") is an Illinois corporation with its principal place of business located at 108 Wilmot Road, Deerfield, Illinois 60015. Defendant Walgreens owns and operates retail pharmacies across North Carolina, including in Mecklenburg County. Upon information and belief, Defendant Walgreens may be served via its registered agent, Corporation Service Company, located at 2626 Glenwood Avenue, Suite 550, Raleigh, North Carolina 27608.

36.     At all times relevant, Defendant Walgreens was involved in the retail sale and distribution of ranitidine products, including Zantac, distributed in the United States and North Carolina.

7

37.     Defendant CVS Pharmacy, Inc. (referred to hereinafter as Defendant "CVS Pharmacy") is a Rhode Island corporation with its principal place of business at One CVS Drive, Woonsocket, Rhode Island 02895. CVS operates numerous pharmacy locations throughout North Carolina, including in Charlotte, where Plaintiff resides. Upon information and belief, Defendant CVS may be served through its registered agent, CT Corporation System, located at 160 Mine Lake Court, Suite 200, Raleigh, North Carolina 27615.

38.     At all times relevant, Defendant CVS Pharmacy, Inc was involved in the retail sale and distribution of ranitidine products, including Zantac, distributed in the United States and North Carolina.

39.     Defendants Harris Teeter, Walgreens, CVS Pharmacy, and Target shall also, at times, be collectively referred to hereinafter as "retailer Defendants."

40.     This Court has jurisdiction over the Defendants because the Defendants each have regularly conducted business in North Carolina and have transacted business and contracted to supply goods in North Carolina, and have purposefully availed themselves of the privilege of conducting activities in this State. Defendants manufactured, marketed, distributed, and sold Zantac (ranitidine) to consumers in North Carolina, including the Plaintiff. And, a substantial part of the acts and omissions giving rise to Plaintiff's claims occurred in North Carolina, including Mecklenburg County, where Plaintiff purchased Zantac products sold by Defendant retailers and/or pharmacies.

41.     This Court has personal jurisdiction over Defendants pursuant to N.C. Gen. Stat. § 1-75.4 and the Due Process Clause of the U.S. Constitution.

42.     Venue is proper in this Court pursuant to N.C. Gen. Stat. § 1-82, as Plaintiff Carl Schmitter is a resident of Mecklenburg County, North Carolina.

8

## II.    FACTUAL BACKGROUND

43.    Plaintiff realleges and incorporates by reference paragraphs 1 through 42 as if fully set forth herein.

44.    Zantac (ranitidine) is an over-the-counter and prescription medication that was widely sold for the treatment of heartburn and gastroesophageal reflux.

45.    Plaintiff Carl Schmitter used Zantac regularly and as directed beginning in or around 2012 and continuing through approximately 2019, purchasing the product at pharmacies and retailers in North Carolina.

46.    Ranitidine, the active ingredient in Zantac, is inherently unstable and can degrade into N-nitrosodimethylamine (NDMA), a chemical classified by the U.S. Environmental Protection Agency and the International Agency for Research on Cancer as a probable human carcinogen.

47.    In September 2019, the U.S. Food and Drug Administration (FDA) alerted the public to the presence of N-nitrosodimethylamine (NDMA)—a known human carcinogen—in both prescription and over-the-counter ranitidine (Zantac) products sold in the United States, including in North Carolina.

48.    NDMA levels detected in these products significantly exceeded the acceptable daily intake limit (96 nanograms/day), unlawfully exposing consumers to carcinogenic risk.

49.    In response, numerous manufacturers issued voluntary recalls; nevertheless, Defendants continued to manufacture, market, distribute, and sell ranitidine-based products without proper warning or mitigation measures.

50.    In April 2020, the U.S. Food and Drug Administration (FDA) requested the market withdrawal of all Zantac/ranitidine products due to unacceptable levels of NDMA found under normal storage and usage conditions.

51.     At no time did Defendants warn Plaintiff or the medical community of the risk that Zantac could degrade into NDMA or that NDMA contamination could cause cancer.

52.     Each Defendant—GSK, Sanofi, Boehringer Ingelheim, Perrigo, Chattem, and Pfizer (referred to collectively as "manufacturer Defendants")—was involved in the manufacture, distribution, marketing, or sale of Zantac or equivalent ranitidine products in the United States, including North Carolina.

53.     Defendants GSK, Sanofi, Boehringer Ingelheim, Perrigo, Chattem, and Pfizer knew or reasonably should have known that NDMA would form in ranitidine over time under certain storage and usage conditions. Despite this knowledge, they promoted the product as safe and failed to provide adequate warnings.

54.     Defendants GSK, Sanofi, Boehringer Ingelheim, Perrigo, Chattem, and Pfizer also concealed, misrepresented, or omitted critical risk information from consumers and regulatory authorities about NDMA contamination.

55.     Defendants Harris Teeter, LLC, Walgreens Co., CVS Pharmacy, Inc., and Target Corporation (referred to collectively as "retailer Defendants") are national retail and pharmacy businesses operating in North Carolina and throughout the United States. Each sold Zantac products directly to consumers, including Plaintiff Carl Schmitter.

56.     These retailer Defendants placed Zantac into the stream of commerce and held themselves out as providers of safe pharmaceutical products. Despite their obligations as retailers and pharmacy operators, they failed to take adequate action to protect consumers from dangerous products.

57.     These retailer Defendants, as national retailers and pharmacy operators, owed a duty of reasonable care to customers purchasing medications. Despite knowledge or access to public data regarding NDMA contamination risks in ranitidine, these retailer Defendants, failed to

warn customers or take meaningful steps to remove contaminated products until long after federal alerts were issued.

58.     Plaintiff Carl Schmitter purchased and ingested Zantac for an extended period of time, including products obtained at Harris Teeter, Walgreens, CVS, and Target locations in North Carolina. He did so unaware of the risks and without any warning that the drug could expose him to high levels of NDMA.

59.     As a direct and proximate result of Plaintiff's prolonged ingestion of Zantac contaminated with NDMA, Plaintiff Carl Schmitter was diagnosed with esophageal cancer in September, 2022.

60.     Plaintiff's esophageal cancer diagnosis occurred in September 2022, within the expected latency period for NDMA-related carcinogenic exposure, based on the known toxicology of NDMA.

61.     Plaintiff's ingestion of Zantac and resulting cancer diagnosis have caused significant pain, suffering, medical expenses, emotional distress, economic losses, and shortened life span.

### III.     CAUSES OF ACTION

### COUNT I – NEGLIGENCE
(As to All Defendants)

62.     Plaintiff realleges and incorporates by reference paragraphs 1 through 61 as if fully set forth herein.

63.     Defendants owed a duty to Plaintiff and the general public to exercise reasonable care in the design, manufacture, labeling, marketing, and sale of Zantac.

64.     Defendants breached that duty by continuing to sell Zantac even after information about NDMA risks became publicly available and by failing to remove contaminated products from their shelves or warn consumers.

11

65. Defendants specifically owed Plaintiff a duty of care to sell products that were not unreasonably dangerous and to exercise reasonable care in investigating and responding to scientific and regulatory concerns about Zantac's safety. This duty arises from their role as manufacturers, distributors and sellers of pharmaceutical products to the public, and from North Carolina common law requiring retailers to act with ordinary prudence in the sale of potentially hazardous goods.

66. In particular, the manufacturer Defendants—GlaxoSmithKline, Sanofi, Boehringer Ingelheim, Perrigo, Pfizer, and Chattem—owed a duty to Plaintiff to conduct appropriate testing, quality assurance, and stability assessments of ranitidine-containing products prior to releasing them to the market. These Defendants also had an ongoing duty to monitor post-market safety data, respond to emerging scientific literature regarding NDMA contamination, and disclose known risks to regulatory agencies and the public. They breached these duties by failing to conduct adequate testing, concealing or minimizing NDMA-related concerns, and continuing to promote and sell Zantac despite their knowledge that ranitidine was unstable and could expose consumers to carcinogenic NDMA.

67. In particular, the retailer Defendants—Harris Teeter, Walgreens, CVS, and Target—owed an independent duty of care as pharmacy operators and retailers to ensure the safety of pharmaceutical products sold to the public. This duty included an obligation to monitor product recalls, FDA safety alerts, and other readily available data indicating that ranitidine-based products such as Zantac posed a known carcinogenic risk. The retailer Defendants breached this duty by continuing to sell Zantac products after such risks became publicly known, by failing to timely remove them from store shelves, and by failing to warn consumers, including Plaintiff, of the danger.

68.     Specifically, Defendants breached their duty by:

    a.   Failing to adequately test the stability of ranitidine;

    b.   Failing to disclose known risks of NDMA formation; and

    c.   Marketing Zantac as safe despite knowledge of its risks.

69.     As a direct and proximate result of Defendants' negligence, Plaintiff Carl Schmitter suffered serious bodily injury, economic loss, and emotional distress.

## COUNT II – FAILURE TO WARN
(As to All Defendants)

70.     Plaintiff realleges and incorporates by reference paragraphs 1 through 69 as if fully set forth herein.

71.     Defendants had actual or constructive knowledge of the risks associated with NDMA in Zantac and failed to provide adequate warnings to consumers, including Plaintiff.

72.     Defendants had a duty to warn consumers and healthcare providers of the known or reasonably knowable risks associated with the use of Zantac, including the risk of cancer due to NDMA exposure.

73.     Specifically, Defendants owed Plaintiff a duty of care to provide adequate warnings of known or reasonably foreseeable risks associated with the use of Zantac. This duty stems from their positions as drug manufacturers, distributors, and pharmacy retailers entrusted by law and industry standards to safeguard public health by informing consumers of known dangers related to drug products they distribute.

74.     In particular, the manufacturer Defendants—GlaxoSmithKline, Sanofi, Boehringer Ingelheim, Perrigo, Pfizer, and Chattem—had an affirmative duty to warn consumers, healthcare providers, and regulatory authorities of the risk that ranitidine could degrade into NDMA and thereby cause cancer. These Defendants were in exclusive possession of the scientific, clinical, and testing data that revealed Zantac's instability and the danger posed by long-term NDMA

exposure. Despite having actual or constructive knowledge of these risks, the manufacturer Defendants failed to revise product labeling, submit adequate safety disclosures to the FDA, or provide any meaningful warnings to consumers. Their failure to do so rendered the product unreasonably dangerous and directly contributed to Plaintiff's injuries.

75.     Retailer Defendants—Harris Teeter, Walgreens, CVS, and Target—owed Plaintiff a distinct and independent duty to act upon readily available safety data, including public FDA announcements and scientific research revealing the risk of NDMA in ranitidine. Given their role as direct-to-consumer sellers and operators of in-store pharmacies, these Defendants were in a unique position to identify product safety concerns and protect customers through warning labels, shelf withdrawals, or point-of-sale alerts. Their failure to do so constitutes a breach of this duty of care and rendered Zantac unreasonably dangerous.

76.     Defendants failed to provide such warnings, rendering Zantac unreasonably dangerous and defective under North Carolina law.

77.     Had Plaintiff been adequately warned of the cancer risks, he would not have purchased or ingested Zantac.

78.     Plaintiff's injuries were a direct and foreseeable result of Defendants' failure to warn.

## COUNT III – BREACH OF IMPLIED WARRANTY
### (As to All Defendants)

79.     Plaintiff realleges and incorporates by reference paragraphs 1 through 78 as if fully set forth herein.

80.     Defendants owed Plaintiff a duty to only sell pharmaceutical products that conformed to the implied warranty of merchantability and were fit for their ordinary and intended use. This duty arises under Article 2 of the Uniform Commercial Code, adopted in North Carolina, which imposes an implied warranty that goods sold are of fair average quality and generally fit for

14

use as intended, as well as their positions as drug manufacturers, distributors, and pharmacy retailers generally.

81.     Defendants impliedly warranted that Zantac was safe for its intended use and free from hidden defects.

82.     The Zantac sold to Plaintiff was not safe but instead defective and unfit due to its instability and the risk of NDMA exposure.

83.     In particular, the manufacturer Defendants—GlaxoSmithKline, Sanofi, Boehringer Ingelheim, Pfizer, Perrigo, and Chattem—had superior knowledge and control over the design, formulation, testing, and safety evaluation of Zantac. These Defendants placed the product into the stream of commerce with the assurance that it was safe and fit for its intended use to treat acid reflux and related conditions. However, the product was inherently defective because ranitidine, the active ingredient, was chemically unstable and likely to degrade into NDMA under ordinary storage and ingestion conditions. These Defendants breached the implied warranty of merchantability by distributing a drug that was not of fair average quality and was unfit for safe use.

84.     Plaintiff relied on Defendants' representations and used the product as intended.

85.     Zantac was unfit for ordinary use and unreasonably dangerous due to the presence of NDMA.

86.     As a direct and proximate result of Defendants' breach, Plaintiff Carl Schmitter sustained injuries and losses as described above.

## COUNT IV – STRICT PRODUCTS LIABILITY
### (As to All Manufacturer Defendants)

87.     Plaintiff realleges and incorporates by reference paragraphs 1 through 86 as if fully set forth herein.

88.     The Zantac products designed, manufactured, and distributed by manufacturer Defendants GSK, Sanofi, Boehringer Ingelheim, Pfizer, Perrigo, and Chattem were defective and unreasonably dangerous at the time they left Defendants' control.

89.     The defect existed in the form of inherent instability of the ranitidine molecule and its propensity to form NDMA under foreseeable conditions.

90.     In particular, the manufacturer Defendants had a duty to ensure that Zantac, as a pharmaceutical product intended for routine and prolonged use by consumers, was safe and free from design and manufacturing defects. These Defendants knew or should have known, through reasonable testing and scientific diligence, that ranitidine degraded into NDMA under common conditions. Despite this knowledge, they failed to redesign the product, issue safety alerts, modify labeling, or remove Zantac from the market. The product, as designed and marketed, was unreasonably dangerous because it was chemically unstable, lacked adequate warnings, and exposed consumers like Plaintiff to unacceptable levels of a known carcinogen.

91.     The NDMA contamination, resulting from the inherent instability of the ranitidine molecule under foreseeable storage and usage conditions, directly caused the cancer suffered by Plaintiff.

92.     The defective condition was the direct and proximate cause of Plaintiff's injuries, entitling him to recover damages under strict liability principles.

## COUNT V – UNFAIR AND DECEPTIVE TRADE PRACTICES
### (As to All Defendants)

93.     Plaintiff realleges and incorporates by reference paragraphs 1 through 92 as if fully set forth herein.

94.     Defendants engaged in unfair and deceptive trade practices under N.C. Gen. Stat. § 75-1.1 by continuing to sell a known dangerous product and failing to disclose material safety risks.

16

95. These practices were immoral, unethical, and substantially injured Plaintiff and the public.

96. Defendants owed Plaintiff a duty of care to engage in fair, honest, and non-deceptive business practices in the course of marketing, labeling, and selling pharmaceutical products. This duty arises from North Carolina consumer protection laws, which prohibit businesses from engaging in unfair or deceptive conduct in commerce that is likely to mislead or harm consumers.

97. In particular, the manufacturer Defendants—GlaxoSmithKline, Sanofi, Boehringer Ingelheim, Pfizer, Perrigo, and Chattem—engaged in deceptive trade practices by representing Zantac as safe and effective despite knowing or having reason to know that ranitidine degraded into a potent carcinogen (NDMA) under normal conditions. These Defendants failed to disclose this critical safety risk to the FDA, healthcare professionals, or the public and instead continued to aggressively promote and sell Zantac products through misleading advertising and labeling. Their omissions and misrepresentations constituted material deceptions intended to increase market share and profit at the expense of consumer health and safety.

98. In particular, the retailer Defendants—Harris Teeter, Walgreens, CVS, and Target—engaged in unfair and deceptive acts by continuing to sell Zantac products to unsuspecting consumers even after public information became available regarding NDMA contamination. These Defendants failed to warn customers, pull products promptly from shelves, or provide refunds or alerts, despite their obligations as pharmacy operators and direct-to-consumer sellers. Their failure to act on known safety concerns and publicly available FDA alerts constituted deceptive conduct and a breach of trust owed to the consuming public.

99. Defendants breached this duty by continuing to sell a known dangerous product and failing to disclose material safety risks, despite having actual or constructive knowledge of the

hazards and dangers of Zantac and ranitidine products and yet continuing to manufacture, market, distribute, and sell them to the public generally, and Plaintiff specifically.

100.    Defendants' unfair and deceptive conduct occurred in the course of trade or commerce and directly caused injury to Plaintiff. Had Defendants not misrepresented and concealed the dangers of Zantac, Plaintiff would not have purchased or ingested the product and would not have suffered injury.

101.    The deceptive and unfair trade practices of the Defendants was the direct and proximate cause of Plaintiff's injuries, entitling him to recover damages under strict liability principles.

102.    Plaintiff is therefore entitled to treble damages and attorneys' fees under N.C. Gen. Stat. § 75-16.

## COUNT VI – PUNITIVE DAMAGES

103.    Plaintiff realleges and incorporates by reference paragraphs 1 through 102 as if fully set forth herein.

104.    Defendants acted with willful and wanton disregard for the rights and safety of consumers, including Plaintiff, by knowingly manufacturing, marketing, distributing, and selling a drug they knew—or should have known—posed a serious risk of cancer due to its contamination with N-nitrosodimethylamine (NDMA).

105.    Despite mounting evidence from scientific literature, internal data, and public health alerts that ranitidine was chemically unstable and degraded into NDMA under ordinary storage and usage conditions, Defendants continued to sell Zantac to the public without issuing adequate warnings, modifying the product, or removing it from the market.

18

106. Defendants continued to sell a known dangerous product to the public, generally, and to Plaintiff specifically, and failed to disclose material safety risks, despite having actual or constructive knowledge of the hazards and dangers associated with Zantac and ranitidine products.

107. Despite knowledge or access to public data regarding Zantac and NDMA contamination risks in ranitidine products, these Defendants, failed to warn customers or take meaningful steps to remove contaminated products until long after federal alerts were issued.

108. In fact, these Defendants continued to manufacture, market, distribute, and sell them to the public generally, and Plaintiff specifically, despite knowing Zantac and ranitidine products contained harmful carcinogenic properties which could likely lead to cancer in humans.

109. In particular, the manufacturer Defendants—GlaxoSmithKline, Sanofi, Boehringer Ingelheim, Pfizer, Perrigo, and Chattem—possessed exclusive access to pre- and post-market testing data and scientific information demonstrating the degradation of ranitidine into carcinogenic NDMA. These Defendants willfully ignored this information and continued to produce and promote Zantac as safe for consumer use. They failed to take action even after being alerted to NDMA risks, thereby consciously endangering public health and acting in flagrant disregard of the foreseeable harm to consumers like Plaintiff.

110. In particular, the retailer Defendants—Harris Teeter, Walgreens, CVS, and Target—had access to public FDA warnings, safety alerts, and product recalls involving Zantac and similar ranitidine-based medications. Despite this information, they failed to warn consumers, remove contaminated products from their shelves in a timely manner, or otherwise mitigate the known danger. Their continued sale of Zantac to the public after the risks were apparent demonstrates a reckless indifference to the rights and safety of their customers, including Plaintiff.

111. Defendants' actions went far beyond mere negligence. They knowingly prioritized profits over consumer safety, ignored red flags, suppressed or failed to disclose material safety

information to regulators and the public, and failed to take timely corrective action after the risks became widely known.

112.    Defendants' conduct, including conscious and callous disregard for the safety of public consumers and suppression of material safety information, was willful, wanton, and in reckless disregard for the rights and safety of Plaintiff and others similarly situated.

113.    Plaintiff is therefore also entitled to punitive damages pursuant to N.C. Gen. Stat. § 1D-15.

## IV.    **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff Carl Schmitter respectfully requests that the Court enter judgment against Defendants, *jointly and severally*, as follows:

1.    Plaintiff hereby demands a trial by jury on all issues so triable;

2.    Compensatory damages in an amount in excess of $25,000;

3.    Punitive damages as allowed by law and pursuant to N.C. Gen. Stat. § 1D-15;

4.    Treble damages as allowed by law and pursuant to N.C. Gen. Stat. § 75-16;

5.    The costs of this action, including reasonable attorney's fees if applicable;

6.    Pre- and post-judgment interest as allowed by law; and

7.    Any such other and further relief as the Court deems just and proper.

Respectfully Submitted this the 8th day of August, 2025.

LAW OFFICES OF deBRUN & ARMSTRONG

Patrick D. Campbell, N.C. Bar No. 62793
1512 East Fourth Street
Charlotte, North Carolina 28204
Phone: (704) 405-5505
Email: Patrick@debrun.net
*Attorney for Plaintiff Carl Schmitter*

# STATE OF NORTH CAROLINA

▶ File No.

_____ MECKLENBURG _____ County

In The General Court Of Justice
☐ District  ☒ Superior Court Division

| | |
|---|---|
| *Name Of Plaintiff*<br>CARL SCHMITTER | **CIVIL SUMMONS** |
| *Address*<br>c/o 1512 EAST FOURTH STREET | ☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)** |
| *City, State, Zip*<br>CHARLOTTE                NC        28204 | |
| **VERSUS** | G.S. 1A-1, Rules 3 and 4 |

| | |
|---|---|
| *Name Of Defendant(s)*<br>GLAXOSMITHKLINE, LLC, et al. | *Date Original Summons Issued* |
| | *Date(s) Subsequent Summons(es) Issued* |

**To Each Of The Defendant(s) Named Below:**

| *Name And Address Of Defendant 1*<br>WALGREENS CO.<br>CORPORATION SERVICE COMPANY, REGISTERED AGENT<br>2626 GLENWOOD AVENUE, SUITE 550<br>RALEIGH                NC        27608 | *Name And Address Of Defendant 2* |
|---|---|

⚠ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out!
You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales.
¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)*<br>PATRICK D. CAMPBELL<br>LAW OFFICES OF DEBRUN & ARMSTRONG<br>1512 EAST FOUTH ST<br>CHARLOTTE                NC        28204 | *Date Issued*<br>8/12/2023 2:43pm | *Time*<br>☐ AM ☐ PM |
|---|---|---|
| | *Signature*<br>JChWoodard | |
| | ☐ Deputy CSC  ☒ Assistant CSC  ☐ Clerk Of Superior Court | |

| ☐ **ENDORSEMENT (ASSESS FEE)**<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Date Of Endorsement* | *Time*<br>☐ AM ☐ PM |
|---|---|---|
| | *Signature* | |
| | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

| | RETURN OF SERVICE |
|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

_____MECKLENBURG_____ County

File No. _____

In The General Court Of Justice
☐ District ☒ Superior Court Division

| | |
|---|---|
| **Name Of Plaintiff**<br>CARL SCHMITTER<br>**Address**<br>c/o 1512 EAST FOURTH STREET<br>**City, State, Zip**<br>CHARLOTTE     NC     28204 | **CIVIL SUMMONS**<br>☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**<br><br>G.S. 1A-1, Rules 3 and 4 |

| | |
|---|---|
| **VERSUS** | |
| **Name Of Defendant(s)**<br>GLAXOSMITHKLINE, LLC, et al. | **Date Original Summons Issued**<br><br>**Date(s) Subsequent Summons(es) Issued** |

**To Each Of The Defendant(s) Named Below:**

| | |
|---|---|
| **Name And Address Of Defendant 1**<br>TARGET CORPORATION<br>c/o CT CORPORATION SYSTEM, REGISTERED AGENT<br>160 MINE LAKE COURT, SUITE 200<br>RALEIGH     NC     27615 | **Name And Address Of Defendant 2** |

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**
**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| | |
|---|---|
| **Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)**<br>PATRICK D. CAMPBELL<br>LAW OFFICES OF DEBRUN & ARMSTRONG<br>1512 EAST FOUTH ST<br>CHARLOTTE     NC     28204 | **Date Issued** 8/12/2023 2:48pm   **Time** ☐ AM ☐ PM<br>**Signature** M.Woodard<br><br>☐ Deputy CSC   ☒ Assistant CSC   ☐ Clerk Of Superior Court |

| | |
|---|---|
| ☐ **ENDORSEMENT (ASSESS FEE)**<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | **Date Of Endorsement**   **Time** ☐ AM ☐ PM<br>**Signature**<br><br>☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

| RETURN OF SERVICE | |
|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

Case 3:25-cv-00708-MEO-DCK    Document 1-1    Filed 09/15/25    Page 30 of 114

# STATE OF NORTH CAROLINA

_____ MECKLENBURG _____ County

File No.

In The General Court Of Justice
☐ District ☒ Superior Court Division

**Name Of Plaintiff**
CARL SCHMITTER

**Address**
C/o 1512 EAST FOURTH STREET

**City, State, Zip**
CHARLOTTE          NC     28204

**CIVIL SUMMONS**
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

**VERSUS**

**Name Of Defendant(s)**
GLAXOSMITHKLINE, LLC, et al.

**Date Original Summons Issued**

**Date(s) Subsequent Summons(es) Issued**

## To Each Of The Defendant(s) Named Below:

**Name And Address Of Defendant 1**
SANOFI-AVENTIS U.S. LLC
CORPORATION SERVICE COMPANY, REGISTERED AGENT
2626 GLENWOOD AVENUE, SUITE 550
RALEIGH          NC     27608

**Name And Address Of Defendant 2**

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles! Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)**
PATRICK D. CAMPBELL
LAW OFFICES OF DEBRUN & ARMSTRONG
1512 EAST FOUTH ST
CHARLOTTE          NC     28204

**Date Issued**
8/12/2023 2:49 pm

**Time**
☐ AM ☐ PM

**Signature**

☐ Deputy CSC   ☒ Assistant CSC   ☐ Clerk Of Superior Court

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

**Date Of Endorsement**

**Time**
☐ AM ☐ PM

**Signature**

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** _Many counties have_ **MANDATORY ARBITRATION** _programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed._

(Over)

| | RETURN OF SERVICE |
|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

> *Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. <br> Summons and complaint received by: ☐ Defendant 1. <br> ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

> *Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. <br> Summons and complaint received by: ☐ Defendant 2. <br> ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid <br> $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

_____ MECKLENBURG _____ County

File No. _____

In The General Court Of Justice
☐ District  ☒ Superior Court Division

| | |
|---|---|
| *Name Of Plaintiff*<br>CARL SCHMITTER | **CIVIL SUMMONS** |
| *Address*<br>C/o 1512 EAST FOURTH STREET | ☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)** |
| *City, State, Zip*<br>CHARLOTTE          NC      28204 | G.S. 1A-1, Rules 3 and 4 |
| **VERSUS** | |
| *Name Of Defendant(s)*<br>GLAXOSMITHKLINE, LLC, et al. | *Date Original Summons Issued* |
| | *Date(s) Subsequent Summons(es) Issued* |

### To Each Of The Defendant(s) Named Below:

| | |
|---|---|
| *Name And Address Of Defendant 1*<br>SANOFI-US SERVICES INC.<br>CORPORATION SERVICE COMPANY, REGISTERED AGENT<br>2626 GLENWOOD AVENUE, SUITE 550<br>RALEIGH                NC      27608 | *Name And Address Of Defendant 2* |

⚠ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles! Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| | | |
|---|---|---|
| *Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)*<br>PATRICK D. CAMPBELL<br>LAW OFFICES OF DEBRUN & ARMSTRONG<br>1512 EAST FOUTH ST<br>CHARLOTTE          NC      28204 | *Date Issued*<br>8/10/2023 2:48pm | *Time*<br>☐ AM  ☐ PM |
| | *Signature*<br>M.Woodard | |
| | ☐ Deputy CSC  ☒ Assistant CSC  ☐ Clerk Of Superior Court | |

| | | |
|---|---|---|
| ☐ **ENDORSEMENT (ASSESS FEE)**<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Date Of Endorsement* | *Time*<br>☐ AM  ☐ PM |
| | *Signature* | |
| | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

| | **RETURN OF SERVICE** | |
|---|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served □ AM □ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: (type or print name) | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served □ AM □ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: (type or print name) | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

_____MECKLENBURG_____ County

File No.

In The General Court Of Justice
☐ District  ☒ Superior Court Division

| | |
|---|---|
| **Name Of Plaintiff** CARL SCHMITTER | **CIVIL SUMMONS** |
| **Address** c/o 1512 EAST FOURTH STREET | ☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)** |
| **City, State, Zip** CHARLOTTE        NC       28204 | |
| **VERSUS** | G.S. 1A-1, Rules 3 and 4 |
| **Name Of Defendant(s)** GLAXOSMITHKLINE, LLC, et al. | **Date Original Summons Issued** |
| | **Date(s) Subsequent Summons(es) Issued** |

**To Each Of The Defendant(s) Named Below:**

| | |
|---|---|
| **Name And Address Of Defendant 1** PFIZER INC. c/o CT CORPORATION SYSTEM, REGISTERED AGENT 160 MINE LAKE COURT, SUITE 200 RALEIGH        NC       27615 | **Name And Address Of Defendant 2** |

⚠ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles! Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| | | |
|---|---|---|
| **Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)** PATRICK D. CAMPBELL LAW OFFICES OF DEBRUN & ARMSTRONG 1512 EAST FOUTH ST CHARLOTTE        NC       28204 | **Date Issued** 8/12/2023 2:43 pm | **Time** ☐ AM ☐ PM |
| | **Signature** | |
| | ☐ Deputy CSC   ☒ Assistant CSC   ☐ Clerk Of Superior Court | |

| | | |
|---|---|---|
| ☐ **ENDORSEMENT (ASSESS FEE)** This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | **Date Of Endorsement** | **Time** ☐ AM ☐ PM |
| | **Signature** | |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

| | RETURN OF SERVICE | |
|---|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service.<br>Summons and complaint received by: ☐ Defendant 1.<br>☐ Other: _(type or print name)_ | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service _(specify)_

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service.<br>Summons and complaint received by: ☐ Defendant 2.<br>☐ Other: _(type or print name)_ | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service _(specify)_

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid<br>$ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

MECKLENBURG _____ County

File No. _____

In The General Court Of Justice
☐ District ☒ Superior Court Division

**Name Of Plaintiff**
CARL SCHMITTER

**Address**
c/o 1512 EAST FOURTH STREET

**City, State, Zip**
CHARLOTTE          NC      28204

## VERSUS

**Name Of Defendant(s)**
GLAXOSMITHKLINE, LLC, et al.

## CIVIL SUMMONS
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

**Date Original Summons Issued**

**Date(s) Subsequent Summons(es) Issued**

### To Each Of The Defendant(s) Named Below:

**Name And Address Of Defendant 1**
PERRIGO RESEARCH & DEVELOPMENT COMPANY
c/o CT CORPORATION SYSTEM, REGISTERED AGENT
160 MINE LAKE COURT, SUITE 200
RALEIGH          NC      27615

**Name And Address Of Defendant 2**

⚠ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out!
You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)**
PATRICK D. CAMPBELL
LAW OFFICES OF DEBRUN & ARMSTRONG
1512 EAST FOUTH ST
CHARLOTTE          NC      28204

**Date Issued**
8/12/2023 2:46 pm

**Time** ☐ AM ☐ PM

**Signature**
MN Woodard

☐ Deputy CSC   ☒ Assistant CSC   ☐ Clerk Of Superior Court

☐ ENDORSEMENT (ASSESS FEE)
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

**Date Of Endorsement**

**Time** ☐ AM ☐ PM

**Signature**

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

| | RETURN OF SERVICE |
|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: (type or print name) | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: (type or print name) | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

Case 3:25-cv-00708-MEO-DCK    Document 1-1    Filed 09/15/25    Page 38 of 114

# STATE OF NORTH CAROLINA

__MECKLENBURG__ County

File No. ▶

In The General Court Of Justice
☐ District ☒ Superior Court Division

*Name Of Plaintiff*
CARL SCHMITTER

*Address*
c/o 1512 EAST FOURTH STREET

*City, State, Zip*
CHARLOTTE          NC        28204

## VERSUS

*Name Of Defendant(s)*
GLAXOSMITHKLINE, LLC, et al.

## CIVIL SUMMONS
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

*Date Original Summons Issued*

*Date(s) Subsequent Summons(es) Issued*

**To Each Of The Defendant(s) Named Below:**

*Name And Address Of Defendant 1*
PERRIGO COMPANY PLC
c/o CT CORPORATION SYSTEM, REGISTERED AGENT
160 MINE LAKE COURT, SUITE 200
RALEIGH          NC        27615

*Name And Address Of Defendant 2*

⚠ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out!
You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as
possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra Estos papeles son documentos legales.
¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible
acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos
documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

*Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)*
PATRICK D. CAMPBELL
LAW OFFICES OF DEBRUN & ARMSTRONG
1512 EAST FOUTH ST
CHARLOTTE          NC        28204

*Date Issued*
8/12/2023

*Time*
2:49 pm          ☐ AM ☐ PM

*Signature*
MWoodard

☐ Deputy CSC   ☒ Assistant CSC   ☐ Clerk Of Superior Court

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated
above and returned not served. At the request of the plaintiff,
the time within which this Summons must be served is
extended sixty (60) days.

*Date Of Endorsement*

*Time*
☐ AM ☐ PM

*Signature*

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** *Many counties have* **MANDATORY ARBITRATION** *programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

| RETURN OF SERVICE | |
|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

> *Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

> *Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

_____ MECKLENBURG _____ County

File No. _____

In The General Court Of Justice
☐ District ☒ Superior Court Division

| | |
|---|---|
| *Name Of Plaintiff*<br>CARL SCHMITTER | |
| *Address*<br>C/o 1512 EAST FOURTH STREET | **CIVIL SUMMONS** |
| *City, State, Zip*<br>CHARLOTTE NC 28204 | ☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)** |
| **VERSUS** | G.S. 1A-1, Rules 3 and 4 |
| *Name Of Defendant(s)*<br>GLAXOSMITHKLINE, LLC, et al. | *Date Original Summons Issued* |
| | *Date(s) Subsequent Summons(es) Issued* |

**To Each Of The Defendant(s) Named Below:**

| | |
|---|---|
| *Name And Address Of Defendant 1*<br>HARRIS TEETER, LLC<br>CORPORATION SERVICE COMPANY, REGISTERED AGENT<br>2626 GLENWOOD AVENUE, SUITE 550<br>RALEIGH NC 27608 | *Name And Address Of Defendant 2* |

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra Estos papeles son documentos legales. ¡NO TIRE estos papeles!**

**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| | | |
|---|---|---|
| *Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)*<br>PATRICK D. CAMPBELL<br>LAW OFFICES OF DEBRUN & ARMSTRONG<br>1512 EAST FOUTH ST<br>CHARLOTTE NC 28204 | *Date Issued*<br>8/12/2023 2:48pm | *Time*<br>☐ AM ☐ PM |
| | *Signature*<br>M. Woodard | |
| | ☐ Deputy CSC ☒ Assistant CSC ☐ Clerk Of Superior Court | |

| | | |
|---|---|---|
| ☐ **ENDORSEMENT (ASSESS FEE)**<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Date Of Endorsement* | *Time*<br>☐ AM ☐ PM |
| | *Signature* | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have* **MANDATORY ARBITRATION** *programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

| | **RETURN OF SERVICE** |
|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| *Date Served* | *Time Served* ☐ AM ☐ PM | *Name Of Defendant* |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | *Date Accepted* | *Signature* |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| *Date Served* | *Time Served* ☐ AM ☐ PM | *Name Of Defendant* |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | *Date Accepted* | *Signature* |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| *Service Fee Paid* $ | *Signature Of Deputy Sheriff Making Return* |
|---|---|
| *Date Received* | *Name Of Sheriff (type or print)* |
| *Date Of Return* | *County Of Sheriff* |

Case 7:25-cv-00708-MEO-DCK    Document 1-1    Filed 09/15/25    Page 42 of 114

# STATE OF NORTH CAROLINA

_____ MECKLENBURG _____ County

File No. _____

In The General Court Of Justice
☐ District ☒ Superior Court Division

**Name Of Plaintiff**
CARL SCHMITTER

**Address**
C/o 1512 EAST FOURTH STREET

**City, State, Zip**
CHARLOTTE                    NC       28204

## CIVIL SUMMONS
☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3 and 4

**VERSUS**

**Name Of Defendant(s)**
GLAXOSMITHKLINE, LLC, et al.

**Date Original Summons Issued**

**Date(s) Subsequent Summons(es) Issued**

### To Each Of The Defendant(s) Named Below:

**Name And Address Of Defendant 1**
GLAXOSMITHKLINE, LLC
CORPORATION SERVICE COMPANY, REGISTERED AGENT
2626 GLENWOOD AVENUE, SUITE 550
RALEIGH                    NC       27608

**Name And Address Of Defendant 2**

⚠ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**

**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1.  Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2.  File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)**
PATRICK D. CAMPBELL
LAW OFFICES OF DEBRUN & ARMSTRONG
1512 EAST FOUTH ST
CHARLOTTE                    NC       28204

**Date Issued**          **Time**
8/12/2023                 2:36 pm    ☐ AM ☐ PM

**Signature**

☐ Deputy CSC    ☒ Assistant CSC    ☐ Clerk Of Superior Court

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

**Date Of Endorsement**          **Time**
                                 ☐ AM ☐ PM

**Signature**

☐ Deputy CSC    ☐ Assistant CSC    ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

| | RETURN OF SERVICE |
|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| *Date Served* | *Time Served* ☐ AM ☐ PM | *Name Of Defendant* |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

| *Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)* |
|---|
| |

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | *Date Accepted* | *Signature* |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| *Date Served* | *Time Served* ☐ AM ☐ PM | *Name Of Defendant* |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

| *Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)* |
|---|
| |

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | *Date Accepted* | *Signature* |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| *Service Fee Paid* $ | *Signature Of Deputy Sheriff Making Return* |
|---|---|
| *Date Received* | *Name Of Sheriff (type or print)* |
| *Date Of Return* | *County Of Sheriff* |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

_____MECKLENBURG_____ County

File No.

In The General Court Of Justice
☐ District   ☒ Superior Court Division

**Name Of Plaintiff**
CARL SCHMITTER

**Address**
C/o 1512 EAST FOURTH STREET

**City, State, Zip**
CHARLOTTE          NC     28204

## VERSUS

**Name Of Defendant(s)**
GLAXOSMITHKLINE, LLC, et al.

## CIVIL SUMMONS
☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3 and 4

**Date Original Summons Issued**

**Date(s) Subsequent Summons(es) Issued**

### To Each Of The Defendant(s) Named Below:

**Name And Address Of Defendant 1**
SANOFI-US SERVICES INC.
CORPORATION SERVICE COMPANY, REGISTERED AGENT
2626 GLENWOOD AVENUE, SUITE 550
RALEIGH          NC     27608

**Name And Address Of Defendant 2**

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out!
You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!
¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales.
¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)**
PATRICK D. CAMPBELL
LAW OFFICES OF DEBRUN & ARMSTRONG
1512 EAST FOUTH ST
CHARLOTTE          NC     28204

**Date Issued**

**Time**          ☐ AM  ☐ PM

**Signature**

☐ Deputy CSC    ☐ Assistant CSC    ☐ Clerk Of Superior Court

☐ ENDORSEMENT (ASSESS FEE)
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

**Date Of Endorsement**

**Time**          ☐ AM  ☐ PM

**Signature**

☐ Deputy CSC    ☐ Assistant CSC    ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** _Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed._

(Over)

| RETURN OF SERVICE | |
|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 1.
☐ Other: (type or print name)

| Date Accepted | Signature |
|---|---|

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 2.
☐ Other: (type or print name)

| Date Accepted | Signature |
|---|---|

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ | |
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

Case 3:25-cv-00708-MEO-DCK    Document 1-1    Filed 09/15/25    Page 49 of 114

# STATE OF NORTH CAROLINA

_____MECKLENBURG_____ County

| | File No. |
|---|---|

In The General Court Of Justice
☐ District  ☒ Superior Court Division

| | |
|---|---|
| Name Of Plaintiff<br>CARL SCHMITTER<br><br>Address<br>C/o 1512 EAST FOURTH STREET<br><br>City, State, Zip<br>CHARLOTTE            NC      28204 | **CIVIL SUMMONS**<br>☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**<br><br>G.S. 1A-1, Rules 3 and 4 |

**VERSUS**

| | |
|---|---|
| Name Of Defendant(s)<br>GLAXOSMITHKLINE, LLC, et al. | Date Original Summons Issued<br><br>Date(s) Subsequent Summons(es) Issued |

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1<br>SANOFI-AVENTIS U.S. LLC<br>CORPORATION SERVICE COMPANY, REGISTERED AGENT<br>2626 GLENWOOD AVENUE, SUITE 550<br>RALEIGH            NC      27608 | Name And Address Of Defendant 2 |
|---|---|

⚠ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles! Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)<br>PATRICK D. CAMPBELL<br>LAW OFFICES OF DEBRUN & ARMSTRONG<br>1512 EAST FOUTH ST<br>CHARLOTTE            NC      28204 | Date Issued | Time<br>☐ AM  ☐ PM |
|---|---|---|
| | Signature<br><br>☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | |

| ☐ **ENDORSEMENT (ASSESS FEE)**<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement | Time<br>☐ AM  ☐ PM |
|---|---|---|
| | Signature<br><br>☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

| | **RETURN OF SERVICE** | |
|---|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

> *Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service.<br>Summons and complaint received by: ☐ Defendant 1.<br>☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

> *Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service.<br>Summons and complaint received by: ☐ Defendant 2.<br>☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid<br>$ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

Case 3:25-cv-00708-MEO-DCK    Document 1-1    Filed 09/15/25    Page 53 of 114

# STATE OF NORTH CAROLINA

_____ MECKLENBURG _____ County

File No. _____

In The General Court Of Justice
☐ District  ☒ Superior Court Division

| Name Of Plaintiff | |
| --- | --- |
| CARL SCHMITTER | |

**CIVIL SUMMONS**

☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

| Address | |
| --- | --- |
| C/o 1512 EAST FOURTH STREET | |

| City, State, Zip | | |
| --- | --- | --- |
| CHARLOTTE | NC | 28204 |

G.S. 1A-1, Rules 3 and 4

**VERSUS**

| Name Of Defendant(s) |
| --- |
| GLAXOSMITHKLINE, LLC, et al. |

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
| --- | --- |
| BOEHRINGER INGELHEIM CORPORATION<br>CORPORATION SERVICE COMPANY, REGISTERED AGENT<br>2626 GLENWOOD AVENUE, SUITE 550<br>RALEIGH          NC          27608 | |

⚠ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**

**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued | Time ☐ AM ☐ PM |
| --- | --- | --- |
| PATRICK D. CAMPBELL<br>LAW OFFICES OF DEBRUN & ARMSTRONG<br>1512 EAST FOUTH ST<br>CHARLOTTE          NC          28204 | Signature | |
| | ☐ Deputy CSC     ☐ Assistant CSC     ☐ Clerk Of Superior Court | |

| ☐ ENDORSEMENT (ASSESS FEE)<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement | Time ☐ AM ☐ PM |
| --- | --- | --- |
| | Signature | |
| | ☐ Deputy CSC     ☐ Assistant CSC     ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

| | RETURN OF SERVICE | |
|---|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

_____ MECKLENBURG _____ County

File No. _____

In The General Court Of Justice
☐ District ☒ Superior Court Division

| Name Of Plaintiff | |
|---|---|
| CARL SCHMITTER | |

**Address**
C/o 1512 EAST FOURTH STREET

| City, State, Zip | | |
|---|---|---|
| CHARLOTTE | NC | 28204 |

**CIVIL SUMMONS**

☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3 and 4

**VERSUS**

| Name Of Defendant(s) |
|---|
| GLAXOSMITHKLINE, LLC, et al. |

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| BOEHRINGER INGELHEIM USA CORPORATION<br>CORPORATION SERVICE COMPANY, REGISTERED AGENT<br>2626 GLENWOOD AVENUE, SUITE 550<br>RALEIGH        NC     27608 | |

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out!
You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued | Time     ☐ AM  ☐ PM |
|---|---|---|
| PATRICK D. CAMPBELL<br>LAW OFFICES OF DEBRUN & ARMSTRONG<br>1512 EAST FOUTH ST<br>CHARLOTTE     NC    28204 | Signature | |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | |

| ☐ ENDORSEMENT (ASSESS FEE) | Date Of Endorsement | Time     ☐ AM  ☐ PM |
|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Signature | |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** _Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed._

(Over)

| | RETURN OF SERVICE |
|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

Case 3:25-cv-00708-MEO-DCK    Document 1-1    Filed 09/15/25    Page 61 of 114

# STATE OF NORTH CAROLINA

_____MECKLENBURG_____ County

File No. _____

In The General Court Of Justice
☐ District  ☒ Superior Court Division

| | |
|---|---|
| Name Of Plaintiff<br>CARL SCHMITTER | |
| Address<br>C/o 1512 EAST FOURTH STREET | **CIVIL SUMMONS** |
| City, State, Zip<br>CHARLOTTE          NC     28204 | ☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)** |

G.S. 1A-1, Rules 3 and 4

**VERSUS**

| | |
|---|---|
| Name Of Defendant(s)<br>GLAXOSMITHKLINE, LLC, et al. | Date Original Summons Issued |
| | Date(s) Subsequent Summons(es) Issued |

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| HARRIS TEETER, LLC<br>CORPORATION SERVICE COMPANY, REGISTERED AGENT<br>2626 GLENWOOD AVENUE, SUITE 550<br>RALEIGH          NC     27608 | |

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out!
You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!
¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1.  Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2.  File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| | | |
|---|---|---|
| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)<br>PATRICK D. CAMPBELL<br>LAW OFFICES OF DEBRUN & ARMSTRONG<br>1512 EAST FOUTH ST<br>CHARLOTTE          NC     28204 | Date Issued | Time<br>☐ AM ☐ PM |
| | Signature | |
| | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | |

| | | |
|---|---|---|
| ☐ ENDORSEMENT (ASSESS FEE)<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement | Time<br>☐ AM ☐ PM |
| | Signature | |
| | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

| | RETURN OF SERVICE |
|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 1.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 2.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid
$ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

_____MECKLENBURG_____ County

| | |
|---|---|
| **File No.** | |

In The General Court Of Justice
☐ District  ☒ Superior Court Division

| | |
|---|---|
| *Name Of Plaintiff* | |
| CARL SCHMITTER | |
| *Address* | |
| C/o 1512 EAST FOURTH STREET | |
| *City, State, Zip* | |
| CHARLOTTE                    NC        28204 | |

## CIVIL SUMMONS

☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3 and 4

**VERSUS**

| *Name Of Defendant(s)* | *Date Original Summons Issued* |
|---|---|
| GLAXOSMITHKLINE, LLC, et al. | |
| | *Date(s) Subsequent Summons(es) Issued* |

**To Each Of The Defendant(s) Named Below:**

| *Name And Address Of Defendant 1* | *Name And Address Of Defendant 2* |
|---|---|
| HARRIS TEETER, LLC | |
| CORPORATION SERVICE COMPANY, REGISTERED AGENT | |
| 2626 GLENWOOD AVENUE, SUITE 550 | |
| RALEIGH                    NC        27608 | |

⚠ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles! Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)* | *Date Issued* | *Time* ☐ AM ☐ PM |
|---|---|---|
| PATRICK D. CAMPBELL | | |
| LAW OFFICES OF DEBRUN & ARMSTRONG | *Signature* | |
| 1512 EAST FOUTH ST | | |
| CHARLOTTE                NC      28204 | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | |

| ☐ **ENDORSEMENT (ASSESS FEE)** | *Date Of Endorsement* | *Time* ☐ AM ☐ PM |
|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Signature* | |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 1.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 2.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

MECKLENBURG County

File No.

In The General Court Of Justice
☐ District  ☒ Superior Court Division

| Name Of Plaintiff | |
| --- | --- |
| CARL SCHMITTER | |

**CIVIL SUMMONS**

☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

| Address | | |
| --- | --- | --- |
| c/o 1512 EAST FOURTH STREET | | |

| City, State, Zip | | |
| --- | --- | --- |
| CHARLOTTE | NC | 28204 |

G.S. 1A-1, Rules 3 and 4

## VERSUS

| Name Of Defendant(s) | |
| --- | --- |
| GLAXOSMITHKLINE, LLC, et al. | |

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

### To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
| --- | --- |
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. c/o CT CORPORATION SYSTEM, REGISTERED AGENT 160 MINE LAKE COURT, SUITE 200 RALEIGH          NC     27615 | |

**IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles! Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued | Time ☐ AM ☐ PM |
| --- | --- | --- |
| PATRICK D. CAMPBELL LAW OFFICES OF DEBRUN & ARMSTRONG 1512 EAST FOUTH ST CHARLOTTE          NC     28204 | Signature | |
| | ☐ Deputy CSC   ☐ Assistant CSC | ☐ Clerk Of Superior Court |

| ☐ ENDORSEMENT (ASSESS FEE) This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement | Time ☐ AM ☐ PM |
| --- | --- | --- |
| | Signature | |
| | ☐ Deputy CSC   ☐ Assistant CSC | ☐ Clerk Of Superior Court |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

© 2023 Administrative Office of the Courts

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

_____MECKLENBURG_____ County

File No.

In The General Court Of Justice
☐ District ☒ Superior Court Division

**Name Of Plaintiff**
CARL SCHMITTER

**Address**
c/o 1512 EAST FOURTH STREET

**City, State, Zip**
CHARLOTTE          NC          28204

### VERSUS

**Name Of Defendant(s)**
GLAXOSMITHKLINE, LLC, et al.

## CIVIL SUMMONS
☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3 and 4

**Date Original Summons Issued**

**Date(s) Subsequent Summons(es) Issued**

### To Each Of The Defendant(s) Named Below:

**Name And Address Of Defendant 1**
PERRIGO COMPANY PLC
c/o CT CORPORATION SYSTEM, REGISTERED AGENT
160 MINE LAKE COURT, SUITE 200
RALEIGH          NC          27615

**Name And Address Of Defendant 2**

⚠ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out!
You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales.
¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1.  Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2.  File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)**
PATRICK D. CAMPBELL
LAW OFFICES OF DEBRUN & ARMSTRONG
1512 EAST FOUTH ST
CHARLOTTE          NC          28204

**Date Issued**

**Time**
☐ AM  ☐ PM

**Signature**

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

**Date Of Endorsement**

**Time**
☐ AM  ☐ PM

**Signature**

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** _Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed._

(Over)

AOC-CV-100, Rev. 3/25
© 2023 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| *Date Served* | *Time Served* ☐ AM ☐ PM | *Name Of Defendant* |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 1.
☐ Other: *(type or print name)*

| *Date Accepted* | *Signature* |
|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| *Date Served* | *Time Served* ☐ AM ☐ PM | *Name Of Defendant* |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 2.
☐ Other: *(type or print name)*

| *Date Accepted* | *Signature* |
|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| *Service Fee Paid* $ | *Signature Of Deputy Sheriff Making Return* |
|---|---|
| *Date Received* | *Name Of Sheriff (type or print)* |
| *Date Of Return* | *County Of Sheriff* |

# STATE OF NORTH CAROLINA

**MECKLENBURG** _____ County

File No. _____

In The General Court Of Justice
☐ District ☒ Superior Court Division

| Name Of Plaintiff | |
|---|---|
| CARL SCHMITTER | |

**Address**
c/o 1512 EAST FOURTH STREET

**City, State, Zip**
CHARLOTTE          NC     28204

## VERSUS

**Name Of Defendant(s)**
GLAXOSMITHKLINE, LLC, et al.

## CIVIL SUMMONS
☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3 and 4

**Date Original Summons Issued**

**Date(s) Subsequent Summons(es) Issued**

## To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| PERRIGO RESEARCH & DEVELOPMENT COMPANY<br>c/o CT CORPORATION SYSTEM, REGISTERED AGENT<br>160 MINE LAKE COURT, SUITE 200<br>RALEIGH          NC     27615 | |

⚠ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**
**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1.  Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2.  File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued | Time | ☐ AM ☐ PM |
|---|---|---|---|
| PATRICK D. CAMPBELL<br>LAW OFFICES OF DEBRUN & ARMSTRONG<br>1512 EAST FOUTH ST<br>CHARLOTTE          NC     28204 | Signature | | |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | | |

| ☐ ENDORSEMENT (ASSESS FEE) | Date Of Endorsement | Time | ☐ AM ☐ PM |
|---|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Signature | | |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | | |

**NOTE TO PARTIES:** _Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed._

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

| | RETURN OF SERVICE |
|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

> *Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

> *Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

Case 3:25-cv-00708-MEO-DCK    Document 1-1    Filed 09/15/25    Page 81 of 114

# STATE OF NORTH CAROLINA

MECKLENBURG County

File No.

In The General Court Of Justice
☐ District  ☒ Superior Court Division

**Name Of Plaintiff**
CARL SCHMITTER

**Address**
c/o 1512 EAST FOURTH STREET

**City, State, Zip**
CHARLOTTE          NC          28204

**VERSUS**

**Name Of Defendant(s)**
GLAXOSMITHKLINE, LLC, et al.

## CIVIL SUMMONS
☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3 and 4

**Date Original Summons Issued**

**Date(s) Subsequent Summons(es) Issued**

### To Each Of The Defendant(s) Named Below:

**Name And Address Of Defendant 1**
PFIZER INC.
c/o CT CORPORATION SYSTEM, REGISTERED AGENT
160 MINE LAKE COURT, SUITE 200
RALEIGH          NC          27615

**Name And Address Of Defendant 2**

**IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**
**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)**
PATRICK D. CAMPBELL
LAW OFFICES OF DEBRUN & ARMSTRONG
1512 EAST FOUTH ST
CHARLOTTE          NC          28204

**Date Issued**

**Time**          ☐ AM  ☐ PM

**Signature**

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

**Date Of Endorsement**

**Time**          ☐ AM  ☐ PM

**Signature**

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 1.
☐ Other: (type or print name)

| Date Accepted | Signature |
|---|---|

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 2.
☐ Other: (type or print name)

| Date Accepted | Signature |
|---|---|

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

_____ MECKLENBURG _____ County

| File No. |
| --- |

In The General Court Of Justice
☐ District   ☒ Superior Court Division

| | |
| --- | --- |
| *Name Of Plaintiff*<br>CARL SCHMITTER | |
| *Address*<br>c/o 1512 EAST FOURTH STREET | **CIVIL SUMMONS** |
| *City, State, Zip*<br>CHARLOTTE   NC   28204 | ☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)** |
| **VERSUS** | G.S. 1A-1, Rules 3 and 4 |
| *Name Of Defendant(s)*<br>GLAXOSMITHKLINE, LLC, et al. | *Date Original Summons Issued* |
| | *Date(s) Subsequent Summons(es) Issued* |

**To Each Of The Defendant(s) Named Below:**

| *Name And Address Of Defendant 1*<br>TARGET CORPORATION<br>c/o CT CORPORATION SYSTEM, REGISTERED AGENT<br>160 MINE LAKE COURT, SUITE 200<br>RALEIGH   NC   27615 | *Name And Address Of Defendant 2* |
| --- | --- |

⚠ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**
**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1.  Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2.  File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)*<br>PATRICK D. CAMPBELL<br>LAW OFFICES OF DEBRUN & ARMSTRONG<br>1512 EAST FOUTH ST<br>CHARLOTTE   NC   28204 | *Date Issued* | *Time*<br>☐ AM  ☐ PM |
| --- | --- | --- |
| | *Signature* | |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | |

| ☐ **ENDORSEMENT (ASSESS FEE)**<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Date Of Endorsement* | *Time*<br>☐ AM  ☐ PM |
| --- | --- | --- |
| | *Signature* | |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

_____ MECKLENBURG _____ County

*File No.*

In The General Court Of Justice
☐ District  ☒ Superior Court Division

| *Name Of Plaintiff* |
| --- |
| CARL SCHMITTER |

| *Address* |
| --- |
| c/o 1512 EAST FOURTH STREET |

| *City, State, Zip* | | |
| --- | --- | --- |
| CHARLOTTE | NC | 28204 |

## CIVIL SUMMONS
## ☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

| **VERSUS** |
| --- |

| *Name Of Defendant(s)* |
| --- |
| GLAXOSMITHKLINE, LLC, et al. |

*Date Original Summons Issued*

*Date(s) Subsequent Summons(es) Issued*

## To Each Of The Defendant(s) Named Below:

| *Name And Address Of Defendant 1* | *Name And Address Of Defendant 2* |
| --- | --- |
| CVS PHARMACY, INC.<br>c/o CT CORPORATION SYSTEM, REGISTERED AGENT<br>160 MINE LAKE COURT, SUITE 200<br>RALEIGH         NC     27615 | |

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles! Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

## A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)* | *Date Issued* | *Time* ☐ AM ☐ PM |
| --- | --- | --- |
| PATRICK D. CAMPBELL<br>LAW OFFICES OF DEBRUN & ARMSTRONG<br>1512 EAST FOUTH ST<br>CHARLOTTE         NC     28204 | *Signature* | |
| | ☐ Deputy CSC     ☐ Assistant CSC     ☐ Clerk Of Superior Court | |

| ☐ ENDORSEMENT (ASSESS FEE)<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Date Of Endorsement* | *Time* ☐ AM ☐ PM |
| --- | --- | --- |
| | *Signature* | |
| | ☐ Deputy CSC     ☐ Assistant CSC     ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration and, if so, what procedure is to be followed.*

(Over)

| | RETURN OF SERVICE |
|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service.<br>Summons and complaint received by: ☐ Defendant 1.<br>☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service.<br>Summons and complaint received by: ☐ Defendant 2.<br>☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid<br>$ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

_____ MECKLENBURG _____ County

In The General Court Of Justice
☐ District ☒ Superior Court Division

**Name Of Plaintiff**
CARL SCHMITTER

**Address**
c/o 1512 EAST FOURTH STREET

**City, State, Zip**
CHARLOTTE          NC          28204

**CIVIL SUMMONS**
☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3 and 4

**VERSUS**

**Name Of Defendant(s)**
GLAXOSMITHKLINE, LLC, et al.

**Date Original Summons Issued**

**Date(s) Subsequent Summons(es) Issued**

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| CHATTEM, INC.<br>c/o CT CORPORATION SYSTEM, REGISTERED AGENT<br>300 MONTVUE ROAD<br>KNOXVILLE          TN          37919 | |

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles! Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued | Time |
|---|---|---|
| PATRICK D. CAMPBELL<br>LAW OFFICES OF DEBRUN & ARMSTRONG<br>1512 EAST FOUTH ST<br>CHARLOTTE          NC          28204 | | ☐ AM ☐ PM |
| | **Signature** | |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | |

| ☐ **ENDORSEMENT (ASSESS FEE)**<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement | Time |
|---|---|---|
| | | ☐ AM ☐ PM |
| | **Signature** | |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** _Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed._

(Over)

| | RETURN OF SERVICE |
|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

_____ MECKLENBURG _____ County

| File No. |

In The General Court Of Justice
☐ District ☒ Superior Court Division

**Name Of Plaintiff**
CARL SCHMITTER

**Address**
c/o 1512 EAST FOURTH STREET

**City, State, Zip**
CHARLOTTE          NC      28204

## VERSUS

**Name Of Defendant(s)**
GLAXOSMITHKLINE, LLC, et al.

## CIVIL SUMMONS
☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3 and 4

**Date Original Summons Issued**

**Date(s) Subsequent Summons(es) Issued**

## To Each Of The Defendant(s) Named Below:

**Name And Address Of Defendant 1**
CVS PHARMACY, INC.
c/o CT CORPORATION SYSTEM, REGISTERED AGENT
160 MINE LAKE COURT, SUITE 200
RALEIGH          NC      27615

**Name And Address Of Defendant 2**

⚠ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles! Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)**
PATRICK D. CAMPBELL
LAW OFFICES OF DEBRUN & ARMSTRONG
1512 EAST FOUTH ST
CHARLOTTE          NC      28204

**Date Issued**
8/12/2023 2:45pm

**Time**
☐ AM ☐ PM

**Signature**
MNWoodard

☐ Deputy CSC   ☒ Assistant CSC   ☐ Clerk Of Superior Court

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

**Date Of Endorsement**

**Time**
☐ AM ☐ PM

**Signature**

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

| | **RETURN OF SERVICE** | |
|---|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: (type or print name) | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: (type or print name) | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

MECKLENBURG County

<table>
<tr><td>File No.</td></tr>
</table>

In The General Court Of Justice
☐ District ☒ Superior Court Division

Name Of Plaintiff
CARL SCHMITTER

Address
c/o 1512 EAST FOURTH STREET

City, State, Zip
CHARLOTTE        NC        28204

**VERSUS**

Name Of Defendant(s)
GLAXOSMITHKLINE, LLC, et al.

**CIVIL SUMMONS**
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

## To Each Of The Defendant(s) Named Below:

Name And Address Of Defendant 1
CHATTEM, INC.
c/o CT CORPORATION SYSTEM, REGISTERED AGENT
300 MONTVUE ROAD
KNOXVILLE        TN        37919

Name And Address Of Defendant 2

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles! Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)
PATRICK D. CAMPBELL
LAW OFFICES OF DEBRUN & ARMSTRONG
1512 EAST FOUTH ST
CHARLOTTE        NC        28204

Date Issued
8/12/2023 2:45pm

Time        ☐ AM ☐ PM

Signature
Meredith Loflin

☐ Deputy CSC    ☒ Assistant CSC    ☐ Clerk Of Superior Court

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

Date Of Endorsement

Time        ☐ AM ☐ PM

Signature

☐ Deputy CSC    ☐ Assistant CSC    ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

| | RETURN OF SERVICE |
|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

MECKLENBURG County

File No.

In The General Court Of Justice
☐ District  ☒ Superior Court Division

**Name Of Plaintiff**
CARL SCHMITTER

**Address**
C/o 1512 EAST FOURTH STREET

**City, State, Zip**
CHARLOTTE          NC     28204

## CIVIL SUMMONS
☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3 and 4

### VERSUS

**Name Of Defendant(s)**
GLAXOSMITHKLINE, LLC, et al.

**Date Original Summons Issued**

**Date(s) Subsequent Summons(es) Issued**

### To Each Of The Defendant(s) Named Below:

**Name And Address Of Defendant 1**
BOEHRINGER INGELHEIM USA CORPORATION
CORPORATION SERVICE COMPANY, REGISTERED AGENT
2626 GLENWOOD AVENUE, SUITE 550
RALEIGH          NC     27608

**Name And Address Of Defendant 2**

⚠ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles! Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)**
PATRICK D. CAMPBELL
LAW OFFICES OF DEBRUN & ARMSTRONG
1512 EAST FOUTH ST
CHARLOTTE          NC     28204

**Date Issued**
8/12/2025 2:48pm

**Time**
☐ AM  ☐ PM

**Signature**
MWoodard

☐ Deputy CSC  ☒ Assistant CSC  ☐ Clerk Of Superior Court

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

**Date Of Endorsement**

**Time**
☐ AM  ☐ PM

**Signature**

☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

| **RETURN OF SERVICE** | |
|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

_____MECKLENBURG_____ County

File No.

In The General Court Of Justice
☐ District ☒ Superior Court Division

**Name Of Plaintiff**
CARL SCHMITTER

**Address**
c/o 1512 EAST FOURTH STREET

**City, State, Zip**
CHARLOTTE          NC      28204

## VERSUS

**Name Of Defendant(s)**
GLAXOSMITHKLINE, LLC, et al.

## CIVIL SUMMONS
☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3 and 4

**Date Original Summons Issued**

**Date(s) Subsequent Summons(es) Issued**

### To Each Of The Defendant(s) Named Below:

**Name And Address Of Defendant 1**
BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.
c/o CT CORPORATION SYSTEM, REGISTERED AGENT
160 MINE LAKE COURT, SUITE 200
RALEIGH                 NC      27615

**Name And Address Of Defendant 2**

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out!
You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued | Time | |
|---|---|---|---|
| PATRICK D. CAMPBELL | 8 12 2023 2:43 pm | ☐ AM ☐ PM | |
| LAW OFFICES OF DEBRUN & ARMSTRONG | **Signature** | | |
| 1512 EAST FOUTH ST | M Woodard | | |
| CHARLOTTE          NC      28204 | ☐ Deputy CSC  ☒ Assistant CSC  ☐ Clerk Of Superior Court | | |

| ☐ **ENDORSEMENT (ASSESS FEE)** | Date Of Endorsement | Time | |
|---|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | | ☐ AM ☐ PM | |
| | **Signature** | | |
| | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | | |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

| | RETURN OF SERVICE |
|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service.<br>Summons and complaint received by: ☐ Defendant 1.<br>☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service.<br>Summons and complaint received by: ☐ Defendant 2.<br>☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid<br>$ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

_____MECKLENBURG_____ County

File No. _____

In The General Court Of Justice
☐ District ☒ Superior Court Division

| Name Of Plaintiff | |
|---|---|
| CARL SCHMITTER | |
| Address | |
| C/o 1512 EAST FOURTH STREET | |
| City, State, Zip | |
| CHARLOTTE | NC  28204 |

**CIVIL SUMMONS**
☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3 and 4

### VERSUS

| Name Of Defendant(s) |
|---|
| GLAXOSMITHKLINE, LLC, et al. |

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| BOEHRINGER INGELHEIM CORPORATION CORPORATION SERVICE COMPANY, REGISTERED AGENT 2626 GLENWOOD AVENUE, SUITE 550 RALEIGH                    NC      27608 | |

⚠ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles! Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued | Time | |
|---|---|---|---|
| PATRICK D. CAMPBELL | 8/12/2023 2:43 pm | ☐ AM ☐ PM |
| LAW OFFICES OF DEBRUN & ARMSTRONG | Signature | |
| 1512 EAST FOUTH ST | | |
| CHARLOTTE                    NC      28204 | ☐ Deputy CSC  ☒ Assistant CSC  ☐ Clerk Of Superior Court |

| ☐ ENDORSEMENT (ASSESS FEE) | Date Of Endorsement | Time | ☐ AM ☐ PM |
|---|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Signature | | |
| | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | | |

**NOTE TO PARTIES:** _Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed._

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

| RETURN OF SERVICE |
|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

MECKLENBURG _____ County

File No.
25CV040725-590

In The General Court Of Justice
☐ District ☒ Superior Court Division

*Name Of Plaintiff*
CARL SCHMITTER

*Address*
c/o 1512 EAST FOURTH STREET

*City, State, Zip*
CHARLOTTE          NC          28204

## VERSUS

*Name Of Defendant(s)*
GLAXOSMITHKLINE, LLC, et al

## CIVIL SUMMONS
☒ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

*Date Original Summons Issued*
08/11/2025

*Date(s) Subsequent Summons(es) Issued*

**To Each Of The Defendant(s) Named Below:**

| *Name And Address Of Defendant 1* | *Name And Address Of Defendant 2* |
|---|---|
| CHATTEM, INC<br>c/o CORPORATION SERVICE COMPANY<br>2908 POSTON AVE.<br>NASHVILLE          TN     37203-1312 | |

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles! Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1.  Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2.  File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)*<br>PATRICK D. CAMPBELL<br>LAW OFFICES OF DEBRUN & ARMSTRONG<br>1512 EAST FOURTH ST.<br>CHARLOTTE          NC          28204 | *Date Issued*<br>8/21/2025 | *Time*<br>4:14:03 pm ☐ AM ☒ PM |
|---|---|---|
| | *Signature*<br>/s/ Brittany Farris | |
| | ☒ Deputy CSC     ☐ Assistant CSC     ☐ Clerk Of Superior Court | |

| ☐ **ENDORSEMENT (ASSESS FEE)**<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Date Of Endorsement* | *Time*<br>☐ AM ☐ PM |
|---|---|---|
| | *Signature* | |
| | ☐ Deputy CSC     ☐ Assistant CSC     ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 1.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 2.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ | |
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

# STATE OF NORTH CAROLINA

_____MECKLENBURG_____ County

File No.

25CV040725-590

In The General Court Of Justice
☐ District ☒ Superior Court Division

| | |
|---|---|
| Name Of Plaintiff<br>CARL SCHMITTER | |
| Address<br>c/o 1512 EAST FOURTH STREET | **CIVIL SUMMONS**<br>☒ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)** |
| City, State, Zip<br>CHARLOTTE          NC      28204 | |
| **VERSUS** | G.S. 1A-1, Rules 3 and 4 |
| Name Of Defendant(s)<br>GLAXOSMITHKLINE, LLC, et al | Date Original Summons Issued<br>08/11/2025 |
| | Date(s) Subsequent Summons(es) Issued |

**To Each Of The Defendant(s) Named Below:**

| | |
|---|---|
| Name And Address Of Defendant 1<br>PERRIGO RESEARCH & DEVELOPMENT COMPANY<br>c/o CSC-LAWYERS INCORPORATING SERVICE (COMPANY)<br>3410 BELLE CHASE WAY, STE. 600<br>LANSING                          MI        48911 | Name And Address Of Defendant 2 |

⚠ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**

**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1.  Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2.  File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| | |
|---|---|
| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)<br>PATRICK D. CAMPBELL<br>LAW OFFICES OF DEBRUN & ARMSTRONG<br>1512 EAST FOURTH ST.<br>CHARLOTTE          NC      28204 | Date Issued      8/26/2025   Time  9:20:34 am   ☒ AM  ☐ PM |
| | Signature      /s/ Aleki Harper |
| | ☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court |

| | |
|---|---|
| ☐ ENDORSEMENT (ASSESS FEE)<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement          Time<br>                                        ☐ AM  ☐ PM |
| | Signature |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court |

**NOTE TO PARTIES:** _Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed._

(Over)

| | RETURN OF SERVICE | |
|---|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

STATE OF NORTH CAROLINA

MECKLENBURG COUNTY

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
25CV040725-590

CARL SCHMITTER,

    Plaintiff,

v.

GLAXOSMITHKLINE, LLC,
GLAXOSMITHKLINE PLC,
SANOFI-US SERVICES INC.,
SANOFI-AVENTIS U.S. LLC,SANOFI,
S.A.,BOEHRINGER INGELHEIM
PHARMACEUTICALS, INC.,
BOEHRINGER INGELHEIM
CORPORATION, BOEHRINGER
INGELHEIM USA CORPORATION,
PERRIGO COMPANY PLC, PERRIGO
RESEARCH & DEVELOPMENT
COMPANY, CHATTEM, INC., PFIZER
INC., HARRIS TEETER, LLC,TARGET
CORPORATION, WALGREENS CO.,
And CVS PHARMACY, INC.,

    Defendants.

**NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT PFIZER, INC.**

   PLEASE TAKE NOTICE THAT, pursuant to Rule 41 of the North Carolina Rules of Civil
Procedure, the Plaintiff hereby take a voluntary dismissal **without** prejudice against the **Defendant
Pfizer, Inc,** in this action.

This the __4__ day of September, 2025.

            _Patrick Campbell_

           Patrick D. Campbell, NCSB# 62793
           Law Offices of deBrun & Armstrong
           1512 E. 4th Street
           Charlotte, NC 28204
           704-405-5505
           Fax 704-765-6207
           patrick@debrun.net
           *Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was delivered via U.S. mail, postage prepaid or electronic mail to the following named addressee(s):

Pfizer, Inc.
c/o Hope E. Daily
Williams & Connolly LLP
680 Maine Ave. S.W.
Washington, DC 20024
hdaily@wc.com

This the _____ day of September, 2025.

Patrick D. Campbell, NCSB# 62793
Law Offices of deBrun & Armstrong
1512 E. 4th Street
Charlotte, NC  28204
704-405-5505
Fax 704-765-6207
patrick@debrun.net
*Attorney for the Plaintiff*